

**Gary J. COLASSI, Plaintiff–Appellee,**

v.

**CYBEX INTERNATIONAL, INC.,
Defendant–Appellant.**

**No. 05–1592.**

United States Court of Appeals,
Federal Circuit.

Dec. 5, 2005.

Before MICHEL, Chief Judge,
NEWMAN and BRYSON, Circuit Judges.

*ORDER*

BRYSON, Circuit Judge.

Cybex International, Inc. responds to the court's order concerning the issue of whether its appeal should be dismissed as premature.

On September 9, 2005, Cybex filed a notice of appeal of the August 29, 2005 jury verdict entered by the United States District Court for the District of Massachusetts in *Colassi v. Cybex Int'l, Inc.*, No. 02–CV–11909. However, at the time Cybex filed its notice of appeal the district court had not entered judgment and Gary J. Colassi's request for a permanent injunction was pending before the district court.

"A district court's judgment is final where it ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." *Ultra–Precision Mfg. Ltd. v. Ford Motor Co.*, 338 F.3d 1353, 1356–57 (Fed.Cir.2003) (citation omitted). Because the district court had not concluded its proceedings at the time Cybex filed its notice of appeal, we determine that there was no final judgment and

dismiss. We note that the district court entered judgment on November 16, 2005 and Cybex may, of course, file a notice of appeal from the judgment within the time allowed by the Federal Rules of Appellate Procedure.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

**PHONOMETRICS, INC.,
Plaintiff–Appellant,**

and

**John P. Sutton, Sanctioned
Party–Appellant,**

v.

**HOSPITALITY FRANCHISE SYSTEMS, INC., Interstate Hotels Corporation, SRS Hotels, Aston Hotels & Resorts, Four Seasons Hotels, Westcoast Hotels, Fairmont Hotel Management Company, Nikko Hotels International, Clubhouse Inns of America, EZ–8 Motel, Inc., Vagabond Inns, Inc., Economy Inns of America, Nendels Corporation, Amfac Resorts, Summerfield Suites Hotels, Grosvenor Hotels Group, Pan Pacific Hotels and Resorts, Benchmark Hospitality, Inncal, Inc., Raphael Hotel Group, Coastal Hotel Group, Chase Management Corporation, Andrew Hotel Management Company, Outrigger Lodging Services, Park Lane Hotels International, Holiday Inns Franchising, Inc., and Intercontinental Hotels Corp., Defendants,**

and

**RHI Hotels, Inc., Defendant–Appellee.**

No. 05–1095.

United States Court of Appeals, Federal Circuit.

Dec. 6, 2005.

Before CLEVENGER, SCHALL, and BRYSON, Circuit Judges.

Judgment

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Eugene C. SMALLS, Plaintiff–Appellant,**

v.

**UNITED STATES Gordon R. England, Secretary of the Navy, Department of the Navy, Navy Board for Correction of Military Records, Department of Veterans Affairs, Medical and Regional Office, Honolulu, Hawaii, United States Marine Corps, Medical Board Region, Medical Clinic, Kaneohe Bay, Honolulu, Hawaii, and Central Physical Evaluation Board, Defendants–Appellees.**

No. 05–1413.

United States Court of Appeals, Federal Circuit.

Dec. 6, 2005.

Rehearing En Banc Denied Jan. 26, 2006.

Before LOURIE, Circuit Judge, ARCHER, Senior Circuit Judge, and PROST, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**MCBRIDE COTTON AND CATTLE CORPORATION, Running Water Land & Cattle, Inc., Thompson Farm, C.J. Land & Cattle, L.P., Brandstatt Family Trust, Square B Inc., And GRH Land & Cattle Co., Plaintiffs–Appellants,**

v.

**Mike JOHANNS, Secretary of Agriculture, Defendant–Appellee.**

No. 05–1051.

United States Court of Appeals, Federal Circuit.

Dec. 6, 2005.